IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| RICHARD MORRISON, | * |
| Plaintiff, | * |
| v. | Case No.   7:20-CV-238(HL) |
| | * |
| CCA CORR-CIVIL, ET AL., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated July 26, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 26th day of July, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk